**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Larry Dane BOYKIN, Jr.,**
**Defendant-Appellant**

**No. 16-41096**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed April 18, 2017

Milton Andrew Stover, Esq., U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Larry Dane Boykin, Jr., Pro Se

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Larry Dane Boykin, Jr., has

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Boykin has filed a response, but he did not challenge the validity of his appeal waiver. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Boykin's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.